IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID LEE SIFFORD**                                                                              **PLAINTIFF**

**V.**                    **CASE NO.: 3:10CV00052 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

### ORDER

Pending is Plaintiff's motion for extension of time to file his brief (docket entry #9).  In the motion, Plaintiff certifies that the opposing party does not object to the requested extension.  Accordingly, the motion (#9) is GRANTED.

The time is extended to, and including, August 13, 2010.  Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 14th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE