**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DAVID LEE SIFFORD**                                                                                   **PLAINTIFF**

V.                              **CASE NO.: 3:10CV00052 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

David Lee Sifford's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 3rd day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE